AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of South Carolina

| | |
|---|---|
| Jesus Federico Katajiri, | ) |
| *Petitioner,* | ) |
| v. | ) |
| Warden Dunbar *FCI Williamsburg,* | ) |
| *Respondent.* | ) |

Civil Action No.    1:22-cv-02204-JD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Jesus Federico Katajiri shall take nothing of the respondent, Warden Dunbar *FCI Williamsburg*, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  September 12, 2022

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

_____
*Signature of Clerk or Deputy Clerk*